**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CAPITOL RECORDS, INC., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-06-0890 |
| | § | |
| ROBERT TEEL, | § | |
| | § | |
| Defendant. | § | |

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Plaintiffs filed an Application for Default Judgment by the Court. Based on the record and the applicable law, it is ordered that:

1. Defendant Robert Teel must pay damages to plaintiffs for infringement of plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint in the total principal sum of Ten Thousand Five Hundred Dollars ($10,500.00).

2. Defendant must pay plaintiffs' cost of suit in the amount of Three Hundred Twenty Dollars ($320.00).

3. Defendant is enjoined from, directly or indirectly, infringing plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Tu Y Yo," on album "Thalia," by artiest "Thalia" (SR# 317-586);

- "Where The Blacktop Ends," on album "Keith Urban," by artist "Keith Urban" (SR# 273-265);

- "Should I Stay or Should I Go," on album "Combat Rock," by artist "The Class" (SR# 34-959);

- "There You Are," on album "Emotion," by artist "Martina McBride" (SR# 269-161);

- "Echo," on album "Morning View," by artist "Incubus" (SR# 306-181);

- "Red Red Wine," on album "Labour of Love," by artist "UB40" (SR# 49-244);

- "You Get Me," on album "The Spirit Room," by artist "Michelle Branch" (SR# 303-732);

- "If You're Gonna Play In Texas," on album "Roll On," by artist "Alabama" (SR# 52-706);

- "Never Keeping Secrets," on album "For The Cool In You," by artist "Babyface" (SR# 184-540);

- "I Turn To You," on album "Christina Aguilera," by artist "Christina Aguilera" (SR# 274-004);

- "Be With You," on album "Enrique," by artist "Enrique Iglesias" (SR# 214-257);

- "St. Louie," on album "Country Grammar," by artist "Nelly" (SR# 281-782);

- "You Remind Me," on album "8701" by artist "Usher" (SR# 307-207);

- "High Cotton," on album "Southern Time," by artist "Alabama" (SR# 100-925);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the plaintiffs (or any parent, subsidiary, or affiliate record label of plaintiffs) ("plaintiffs' recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of plaintiffs' recordings, to distribute (i.e. upload) any of plaintiffs' recordings, or to make any of plaintiffs' recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of plaintiffs.

Defendant must destroy all copies of plaintiffs' recordings that defendant has downloaded onto any computer hard drive or server without plaintiffs' authorization and destroy all copies of those downloaded recordings transferred onto any physical medium or device in defendant's possession, custody, or control.

SIGNED on August 22, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge